IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY J. CUNNINGHAM. SR., <br> Inmate #R05718, <br><br> Plaintiff, <br><br> vs. <br><br> C/O JENKINS, et al, <br><br> Defendants. | Case No. 17-126-SMY-RJD |

## MEMORANDUM AND ORDER

DALY, Magistrate Judge:

This action is before the Court for the purpose of docket control. As of today, Defendants C/O Johnson, C/O Sanders, and C/O Tanner have not been served. A request for waiver of service was returned unexecuted as to Defendants C/O Johnson, C/O Sanders, and C/O Tanner on April 24, 2017, with the notation that there are multiple employees at Lawrence Correctional Center with each of these last names (Doc. 25). **IT IS THEREFORE ORDERED** that Plaintiff provide additional information (i.e. physical description, date and time of alleged interaction giving rise to this lawsuit, etc.) to the Clerk of Court and file a notice of such, to identify Defendants C/O Johnson, C/O Sanders, and C/O Tanner. Plaintiff **SHALL** provide said information within 30 days of the date of this order so that process may be served upon them. Plaintiff is **WARNED** that his failure to comply with this Order may result in dismissal of Defendant C/O Johnson, C/O Sanders, and/or C/O Tanner from this lawsuit.

1

IT IS SO ORDERED.

DATED: May 8, 2017

                                              <u>s/ REONA J. DALY</u>
                                              United States Magistrate Judge